IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIMMIE CALVIN ANDERSON,           )
                                  )
            Plaintiff,            )
                                  )
    v.                            )       1:24-cv-192
                                  )
SURRY COUNTY SHERRIFF'S           )
OFFICE, and BRIAN COCKERHAM,      )
                                  )
            Defendants.           )

### ORDER

On April 29, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which correct the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 28th day of June, 2024.

```
                              /s/ William L. Osteen, Jr.
                              United States District Judge
```